# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEPHANIE BARDEAU-MARSE

VERSUS

AARON DELATORRE

NO. 2019 CW 0410

**AUG 1 9 2019**

In Re:    Stephanie Bardeau-Marse, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 214632.

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-3, in that the application does not contain proof that the writ application was timely filed.

Supplementation of this writ application will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show the original writ application was timely. Any new application shall be filed on or before September 3, 2019 and should include a copy of this ruling.

**PMc**
**JEW**

**Holdridge, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT